# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

KEITH D. SMITH,

      Petitioner,

                            Case No. 04-71154

v.

                            Honorable Arthur J. Tarnow

DOUG VASBINDER,            United States District Judge

      Respondent.            Magistrate Judge Donald A. Scheer

_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION [26] AND DENYING PETITIONER'S REQUEST FOR *HABEAS CORPUS* RELIEF

Before the Court is the magistrate's Report and Recommendation (R&R), recommending that the Court deny Petitioner's request for relief under 28 U.S.C. § 2254. Having reviewed the R&R, the state court record, and the objections filed by Petitioner, the Court hereby **ADOPTS** the R&R as the findings and conclusions of the Court. Petitioner's request for *habeas corpus* relief is **DENIED**.

      **IT IS SO ORDERED.**

                            **s/Arthur J. Tarnow**
                            **ARTHUR J. TARNOW**
                            **UNITED STATES DISTRICT JUDGE**

**Dated: August 19, 2005**